UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

GS Holistic, LLC,

            Plaintiff,

    -against-

Ideal Convenience Store, Inc., et al.,

           Defendants.

------------------------------------x

25 Civ. 4491 (LAP)

ORDER OF CONFERENCE

LORETTA A. PRESKA, Senior United States District Judge:

It is hereby

ORDERED that counsel are directed to appear in courtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York 10007 on September 30, 2025 at 11:00 a.m. for an Initial Pretrial conference in the above action.

SO ORDERED

Dated: September 10, 2025

*Loretta A. Preska*
LORETTA A. PRESKA, Senior U.S.D.J.